# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOEL FLORIANO MARTINEZ,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

2:13-CV-794 JCM (VCF)

## ORDER

Presently before the court is the matter of Martinez v. United States of America, case number 2:13-cv-00794-JCM-VCF.

This case is involves a motion to vacate pursuant to 28 U.S.C. § 2255.[1] This court did not impose the sentence that petitioner is seeking to vacate.

U.S. District Judge James C. Mahan recuses himself from this case and IT IS ORDERED that this matter is referred to Chief Judge Robert C. Jones for further assignment.

DATED June 18, 2013.

                                        */s/ James C. Mahan*
                                        UNITED STATES DISTRICT JUDGE

---

[1] Federal habeas petitions seeking to vacate a sentence are normally decided by the federal judge that imposed the sentence. This petitioner challenges a federal criminal conviction in case number 2:12-cr-246-KJD-GWF.

**James C. Mahan**
**U.S. District Judge**